*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**     Date:    May 20, 2021

vs.     Case No.:    20-03031-13-CR-S-SRB

**GARY L. SNEED**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**    Arraignment on Second Superseding Indictment
                           Status Conference

**Time Commenced:**    9:55 a.m.            **Time Terminated:**   9:58 a.m.

---

**APPEARANCES**

**Plaintiff:**    **Cameron Beaver, SAUSA**
**Defendant:**    **Russ Dempsey, CJA**
**USPPTS:**    **Jamie Woods**

---

**Proceedings:**    Parties appear as indicated above. Defendant appears in person.

                 <u>Arraignment:</u> Defendant makes first appearance as to the *Second Superseding Indictment* filed on 5/6/2021 (Doc. # 259). Defendant waives formal reading of the *Second Superseding Indictment* and enters a plea of not guilty as to all counts naming Defendant.

                 A scheduling order setting forth discovery deadlines has previously been entered and will remain in effect.

                 <u>Status Conference:</u> Defendant has read and agrees to abide by the *Appearance Bond* and *Order Setting Conditions of Release.*

                 Defendant released on bond.

---

**Courtroom Deputy/ERO:**   Karla Berziel